84,286-01

To: Abel Acosta - Clerk for the Court of Criminal Appeals

RE: Additional Information and Newly Discovered Evidence for the Court.

Dear Mr. Acosta,

Please find and present this official letter to the Court for its consideration. Thank You very much for your help in this matter.

Respectfully Submitted
Nathaniel Stratton
Nathaniel Stratton 1970545
Middleton Unit
13055 F.M. 3522
Abilene, Texas 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 08 2016

Abel Acosta, Clerk

I __Nathaniel Stratton 1970545__ , being presently incarcerated in __John W Middleton__ ,
          *name and TDCJ#*                                                         *Unit Name*

in __Jones__ County, Texas, declare under penalty of perjury that the foregoing is true
     *County Name*

and correct.

Executed on the __5th__ day of __June__ , 2016 __Nathaniel Stratton__
                                                              *Offender Signature*

## Additional Information from Nathaniel Stratton

## 1) Recussal of Judge Woodburn from Evidentiary Hearing

a. Should Judge Woodburn also recussed himself from the original Trial and Plea Agreement or the proceedings for probation revocation and final judgement?

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 08 2016

Abel Acosta, Clerk

Fact

① Judge Woodburn recused himself from the evidentiary hearing because he had professional dealings with my Aunt Julie McCollom and she was a scheduled witness at the hearing. Would not have Julie also been a witness at trial had T.D. Hammons not been ineffective? Mr. Hammons failed to do any investigation of the witnesses. Mr. Hammons also did not allow me to read the statements made in the case and lead me to believe that my Aunt Julie had made a statement against me, not telling me it was my Aunt Lois who had made a statement. Had he properly interviewed Julie he should have discovered my innocence, and I would have proceeded to trial and I feel that no reasonable juror would have found me guilty.

② Robert Mulhern Jr.'s name is on the police report as the person who called them to request a wellfare check. It has been common knowledge around my grandmothers house where I live, that Robert and Judge Woodburn

● (cont.) are old friends and that he does photography jobs for the Judge. It is also commonly known around our family and grandmothers home that Robert Mulhern Jr., my Uncle does not like me at all since I was around 15 yrs old. It was a possibility in my mind, back then that my Uncle Robert might have said some derrogatory things about me to the Judge. Should not the Judge have known about at least my Uncle's name on the police report as the person who instagated this scenario? Also the Judge should have known that a statement had been made against me by Robert Mulherin Jr., and recused himself.

● Case Law citings In Support of
U.S. v Avilez-Reyes 160 F.3d 258 - "If a reasonable man, were he to know all the circumstances, would harbor doubts about judges impartiality, then recusal is warranted"
Nethery v Collins 993 F.2d 1154, 511 US 1026 "Accused is guaranteed the right to an impartial tribunal"
U.S. v Couch 896 F.2d 78 - Due Process clause requires a judge to step aside when reasonable judge would find It necessary to do so, while federal disqualification statute requires disqualification when others would have reasonable cause to question judges impartiality.

●

## Newly discovered evidence

I have only found out since I have been sent to TDCJ that my Grandmother and alleged victim Wanda Mulhern takes the perscription narcotic sleeping aid Ambien each night for sleep. It is common for her to experience strong hallucinations early in the morning if she has been awakened before her medicine has worn off. she also takes Cumadin as a blood thinner. Her daughter and caretaker who does everything for her Julie McCollum has told me this information. Her and her husband Max McCollum will both testify to the facts and also that it is not uncommon for Nannie (my grandma) to wake with heavy hallucinations. For instance she often thinks that there are little girls running around the house in the mornings, when she lives alone. she has many different hallucinations that my Aunt + Uncle Max + Julie McCollum are willing to testify to. The night she made her statement to police, she has no recollection of it and tells the family she did not make a statement. At the Evidentiary Hearing she testified that she did not even recognize the statement and said she did not make it. When she was completely sober of the Ambien she made a sworn Affidavit with my Aunt Julie McCollum, completely recanting the event and that there had never been a crime taken place at all.

## Newly Discovered Evidence (Continued)

*It is also very important for the court to know that in January of 2016 my grandmother Wanda Mulhern was tested and found not to be or have Alzheimers Disease, Doctors say that her brain did show some shrinkage but the test were negative for Alzheimers. According to my Aunt Julie McCollum she has begun taking Alzhiemers medice to help with any short term memory loss she may be experiencing.

## Prayer

It is my prayer, Nathaniel Stratton applicant for Art. 11.07, that the Court would please consider all of this information and grant me an Acquittal of this horrible accusation as I am innocent of injuring my Grandmother.

Respectfully Submitted
Nathaniel Stratton
tdcj# 1970545
Middleton Unit
13055 FM 3522
Abilene Texas 79601

## Certificate of Service

I Nathaniel Stratton certify that this Letter to the Court of Criminal Appeals is Original and True and Correct. This letter was mailed by the United States Postal Service on Monday June 6th, 2016

Nathaniel Stratton
Signature